```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**ANNETTE MOGABGAB**                                      **CIVIL ACTION**

**VERSUS**                                                **NO. 10-2859**

**JEFFREY STEIN AND THE**                                 **SECTION: B(5)**
**LOUISIANA MEDICAL CENTER**
**AND HEART HOSPITAL, LLC**

                          ORDER AND REASONS

   Considering the foregoing opposed motions (*see* Rec. Doc. Nos. 107, 108, 117, 122, 126, 130),

   **IT IS ORDERED** that Defendant Louisiana Medical Center and Heart Hospital, L.L.C.'s Motion to Strike Untimely Expert Report (Rec. Doc. No. 107) is **DENIED.** At issue are supplemental opinions by Dr. Sander, coming after his timely produced written report and during his deposition. While the supplemental and/or addendum to the timely original reports are late, the substance of those written items were revealed in the doctor's timely deposition. Defendants have not shown prejudice. Further, Defendants are given the option to depose Dr. Sander further relative to opinions raised in the addendum at issue within 10 days if not covered in prior depositions of this witness.

   **IT IS FURTHER ORDERED** that Defendants', Jeffrey Stein and the Louisiana Medical Center and Heart Hospital, L.L.C., Rule 59(e) Motions (Rec. Doc. Nos. 108, 126) are **DENIED.** Defendants' efforts for reconsideration do not satisfy Fed. R. Civ. P. 59(e) requirements. They fail to cite any new facts, law or argument than already considered in the prior ruling at issue. Moreover,

the motions further support the finding that medical review panelists' evidence will be sufficiently portrayed at trial via the panel's records and testimony of Defendants' other eight medical experts who will give live testimony. Defendants fail again to show prejudice. Further, Defendants have other available options to avoid Fed. R. Evid. 403's prohibition of cumulative evidence.

New Orleans, Louisiana, this 11th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE