UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANNETTE MOGABGAB | * | |
| | * | CIVIL ACTION |
| | * | |
| Complainant | * | NO.: 2:10 CV 2859 |
| VERSUS | * | |
| | * | DIVISION "B" |
| JEFFREY STEIN and | * | |
| THE LOUISIANA MEDICAL | * | MAG. 5 |
| CENTER AND HEART | * | |
| HOSPITAL, LLC | * | |
| | * | |
| Defendants | * | |
| | * | |

*************************************************************************

### SECOND AMENDED COMPLAINT

NOW COMES, ANNETTE MOGABGAB, a person of the full age and majority and domiciled in the City of Oaktown, State of Indiana, who respectfully files this first amended complaint amending her original complaint as follows:

1.

All allegations contained in plaintiff's original complaint and first amended complaint inconsistent herewith, are hereby realleged and reaverred as if copied herein in extenso.

2.

On July 19, 2011, plaintiff reached a settlement of her claims against the Louisiana Medical Center and Heart Hospital reserving her rights to seek additional damages against Mr. Stein and the Louisiana Patient's Compensation Fund Oversight Board.

3.

Pursuant to La.R.S. 40:1299.44 (C), a Petition to Approve the Settlement has been served

upon the Louisiana Patient's Compensation Fund Oversight Board.

4.

The Louisiana Patient's Compensation Fund Oversight Board is liable to the plaintiff for an additional Four Hundred Thousand Dollars and no/100 ($400,000.00), whihc includes amounts for general damages and loss of support and an additional amount for past medical expenses incurred to date, for judicial interest from date of filing of the request for medical review panel on October 3, 2008 pursuant to La. R.S. 40:1299.47M and for all costs of these proceedings.

**WHEREFORE**, Complainant prays that this court grant leave to file this second amended complaint and that defendants be duly cited to appear and answer the matters aforesaid and that after all legal delays and due proceedings that there be judgment in favor of Complainant, Annette Mogabgab and against defendants, Jeffrey Stein and the Louisiana Patient's Compensation Fund Oversight Board and the nominal defendant, Louisiana Medical Center and Heart Hospital, for all damages claimant may be entitled to recover under the Louisiana Medical Malpractice Act, LSA-R.S.40:1299.41, et seq.; and no less than an additional Four Hundred Thousand Dollars and no/100 ($400,000.00), for general damages and loss of support and an additional amount for past medical expenses incurred to date, for judicial interest from date of filing of the request for medical review panel on October 3, 2008 pursuant to La. R.S. 40:1299.47M and for all costs of these proceedings; that Louisiana Medical Center and Heart Hospital remains a nominal defendant for the purpose of providing an entity through whom your claimant may proceed for the purposes of your claimant pursuing her claim against the Louisiana Patient's Compensation Fund and Oversight Board; and, that Louisiana Medical Center and Heart Hospital shall not be personally liable or responsible to pay any damages over and above the Seventy-Five Thousand Dollars ($75,000.00) as agreed.

Respectfully submitted,

*The Corrington Law Firm*

/s// *Thomas Corrington*
_____
**THOMAS CORRINGTON, BAR NO. 21536**
3431 Prytania St.
New Orleans, Louisiana  70115
Telephone: (504) 895-3431
Facsimile:  (504) 895-1312
Thomas@Corringtonlaw.com