UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANNETTE MOGABGAB | * | |
| | * | CIVIL ACTION |
| | * | |
| Complainant | * | NO.: 2:10 CV 2859 |
| VERSUS | * | |
| | * | DIVISION "B" |
| JEFFREY STEIN and | * | |
| THE LOUISIANA MEDICAL | * | MAG. 5 |
| CENTER AND HEART | * | |
| HOSPITAL, LLC | * | |
| | * | |
| Defendants | * | |
| | * | |

*******************************************************************************

## ORDER

Considering the foregoing Motion to Set Settlement Conference:

**IT IS HEREBY ORDERED,** that there will be a settlement conference held in this matter on January 17, 2012 at 2:30 pm with Magistrate Alma Chasez. All trial counsel shall be present at this conference with authority to enter into settlement negotiations.

New Orleans, LA this __18th__ day of __November__, 2011.

_____
UNITED STATES MAGISTRATE