UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANNETTE MOGABGAB, | * | CIVIL ACTION |
| Plaintiff, | * | NO. 2:10 CV 2859 |
| VERSUS | * | SECTION: "G" |
| JEFFREY STEIN and THE LOUISIANA MEDICAL CENTER AND HEART HOSPITAL, LLC, | * | MAGISTRATE: (5) |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that plaintiff, Annette Mogabgab, and defendant, the Louisiana Patient's Compensation Fund and the Louisiana Patient's Compensation Fund Oversight Board, appearing through and nominal defendant The Louisiana Medical Center and Heart Hospital, LLC, have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA,** on this   20th   day of        April        , 2012.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE